■ PEGGY SPINA, Appellant, v PAUL SPINA, Respondent. — Order, Supreme Court, New York County, entered June 26, 1980, unanimously modified, on the law and the facts, without costs, to the extent only of awarding child support in the total sum of $50 per week, that being the amount the husband had previously voluntarily contributed toward their support. Concur — Kupferman, J.P., Sandler, Markewich, Bloom and Yesawich, JJ.